**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 26-79-BAJ-RLB |
| | : | |
| CHAKESHA SCOTT, ERIC SCOTT, | : | |
| COURTNEY SCOTT, and SAM GREEN | : | |

**UNITED STATES' MOTION FOR PROTECTIVE ORDER**
**REGARDING DISCOVERY MATERIAL**

The United States of America, by Kurt Wall, United States Attorney for the Middle District of Louisiana, and through the below-listed Assistant United States Attorney, respectfully requests that the Court, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, enter an order prohibiting the unauthorized disclosure of discovery material and materials related to detention to non-authorized persons. In support of this motion, the United States offers the following:

1.

The defendants, **CHAKESHA SCOTT**, **ERIC SCOTT**, **COURTNEY SCOTT**, and **SAM GREEN**, were charged with an Indictment on July 15, 2026, for conspiracy to commit theft of funds concerning programs receiving federal funds and theft of funds concerning programs receiving federal funds, in violation of 18 U.S.C. § 371 and 666(a)(1)(A).

2.

Discovery material being provided to the defendant includes a substantial amount of sensitive information. The United States is taking the appropriate steps to ensure that the information remains confidential.

3.

In order to protect said sensitive information, the United States requests a Rule 16 Protective Order.

4.

The United States respectfully submits that it is appropriate for the Court to issue a Protective Order pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, which is titled "Protective and Modifying Orders" and which reads, in pertinent part: "At any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." A proposed Protective Order is attached to this motion.

5.

At trial, and in public filings, the United States will comply with redaction rules set forth in Federal Rule of Criminal Procedure 49.1.

WHEREFORE, the United States prays for the above relief.

UNITED STATES OF AMERICA, by

KURT WALL
UNITED STATES ATTORNEY

/s/ Ellison C. Travis
Ellison C. Travis, LBN 19189
Assistant United States Attorney
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: ellison.travis@usdoj.gov

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 26-79-BAJ-RLB |
| | : | |
| CHAKESHA SCOTT, ERIC SCOTT, | : | |
| COURTNEY SCOTT, and SAM GREEN | : | |

**PROTECTIVE ORDER**

This matter having come before the Court on the motion of the United States, by and through its undersigned counsel, and the Court having found that entering a Protective Order regarding discovery is appropriate, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. To comply with its discovery obligations in this case, the United States will produce discovery and materials related to detention ("Discovery Materials") to counsel for the defendant.

2. The Discovery Materials may be used by the defendant, his counsel, and any employees or agents of defendant's counsel (hereafter collectively referred to as "the defense") for the sole purpose of preparing and conducting a defense in this case.

3. The defense will not disseminate the Discovery Materials directly or indirectly, orally or in writing, to any person except those assisting the defense, persons who are interviewed as potential witnesses, potential experts, or other persons authorized by the Court.

4. The Discovery Materials will not be copied or reproduced unless the materials are copied or reproduced for authorized persons to assist in the defense. In the event that copies are made, the copies shall be treated in the same manner as the original material.

5. When providing the Discovery Materials to an authorized person, including the defendant, a member of the defense must inform the authorized person that the materials are provided subject to the terms of this Protective Order and that the authorized person is bound by the terms of this Protective Order.

6. If any member of the defense or the prosecution violates any term or condition of this Protective Order, he or she may be held in contempt of court or be subject to other sanctions deemed appropriate by the Court. If the defendant violates any term or condition of this Protective Order, the United States reserves its right to seek a sentencing enhancement for obstruction of justice or to file appropriate criminal charges.

7. At the conclusion of this proceeding, all Discovery Material shall be returned to the United States or destroyed.

SO ORDERED this ______ day of September 2026, at Baton Rouge, Louisiana.

______________________________
HONORABLE BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA