UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| CHAKESHA SCOTT, ET AL. | NO. 26-00079-BAJ-RLB |

# PROTECTIVE ORDER

Considering the Government's **Motion for Protective Order Regarding Discovery Materials (Doc. 37),** and finding that a Protective Order regarding discovery materials is appropriate, and for good cause shown,

**IT IS ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the parties shall comply with the following:

1. To comply with its discovery obligations in this case, the United States will produce discovery ("Discovery Materials") to Defense Counsel.

2. The Discovery Materials may be used by Defendant, Defense Counsel, and any employees or agents of Defense Counsel (hereafter collectively referred to as the "Defense") for the sole purpose of preparing and conducting a defense in this case.

3. The Defense will not disseminate the Discovery Materials directly or indirectly, orally or in writing, to any person except to those assisting

the Defense, persons who are interviewed as potential witnesses, potential experts, or other persons authorized by the Court.

4. The Discovery Materials will not be copied or reproduced unless the materials are copied or reproduced for authorized persons to assist in the Defense. If copies are made, the copies shall be treated in the same manner as the original material.

5. When providing the Discovery Materials to an authorized person, including Defendant, a member of the Defense must inform the authorized person that the materials are provided subject to the terms of this Protective Order and that the authorized person is bound by the terms of this Protective Order.

6. If any member of the Defense or the prosecution violates any term or condition of this Protective Order, he or she may be held in contempt of Court or may be subject to other sanctions deemed appropriate by the Court. If the Defendant violates any term or condition of this Protective Order, the United States reserves its right to seek a sentencing enhancement for obstruction of justice or to file appropriate criminal charges.

7. At the conclusion of this proceeding, all Discovery Material shall be returned to the United States or destroyed.

Baton Rouge, Louisiana, this 16th day of September, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**